**No. 56047.**—I. F. Schnier Co., Inc. *v.* United States, protests 145731–K and 146281–K (El Paso).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.